1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT
                           WESTERN DISTRICT OF WASHINGTON
9                                      AT TACOMA

10      DEVIN A. MARTIN,

11                          Plaintiff,              CASE NO. 3:17-cv-05591-BHS-JRC

                                                    ORDER DENYING MOTION TO
12              v.                                  REQUEST MATERIALS

13      STEPHEN SINCLAIR, et al.,

14                          Defendants.

15

16          Plaintiff Devin A. Martin, proceeding *pro se* and *in forma pauperis*, filed this civil rights

17   complaint under 42 U.S.C. § 1983. Before the Court is plaintiff's motion to request materials.

18   Dkt. 28.

19          The motion to request materials reads, in its entirety:

20          Comes now pro se plaintiff, DEVIN A. MARTIN with the filing of his motion
            "Request Materials for [Interrogatories] and Depositions." Please file this
21          document, and proceed to process the information therein. Thank you for your
            time.
22
     Dkt. 28.
23

24

1  Plaintiff includes no interrogatories or other materials with the exception of a certificate

2  of service. Dkt. 28-1. Thus, plaintiff has failed to identify any materials he seeks or from who he

3  requires them. As defendants note, he has also failed to cite any rule or case law that might

4  suggest what materials he requests. Plaintiff's motion is unclear and unsupported either by legal

5  authority or factual evidence. Therefore, the Court denies plaintiff motion to request materials

6  (Dkt. 28).

7  Dated this 22nd day of June, 2018.

8

9  J. Richard Creatura
   United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24