# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DEVIN A. MARTIN, <br><br> Plaintiff, <br><br> v. <br><br> STEPHEN SINCLAIR, et al., <br><br> Defendant. | CASE NO. C17-5591 BHS <br><br> ORDER ADOPTING REPORT AND RECOMMENDATION |

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge. Dkt. 37. The Court having considered the R&R and the remaining record, and does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) The stipulation to dismiss, Dkt. 36, is **GRANTED** and Plaintiff's action is **DISMISSED with prejudice**.

Dated this 5th day of November, 2018.

BENJAMIN H. SETTLE
United States District Judge

ORDER